**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY,** <br><br> Plaintiffs, <br><br> v. <br><br> **THE MITCHELL COMPANY, INC.,** <br><br> Defendant. | Civil Action 5:09-CV-374 (HL) |

**ORDER**

On October 7, 2010, this case was remanded to this Court by the United States Judicial Panel on Multidistrict Litigation. For some unknown reason, the Court was not notified about the remand order until January 21, 2011. Nevertheless, the case is back, and the parties are hereby directed to file a joint status report no later than February 4, 2011.

**SO ORDERED**, this the 26th day of January, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh