IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE MITCHELL COMPANY, INC. and RIGHTWAY DRYWALL, INC.,**<br><br>Defendants. | Civil Action 5:09-CV-374 (HL) |

## ORDER

The parties have provided the Court with the requested status report, and have proposed new discovery deadlines. However, as noted by the parties, Defendant The Mitchell Company filed a Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 13) prior to the case being transferred to the multidistrict litigation pending in Louisiana. In the interest of judicial economy, discovery in this case will be stayed until the Motion to Dismiss is ruled on. The Court will enter an order on the Motion in the near future.

**SO ORDERED**, this the 7th day of February, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh